UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-1901
_____

JANET SLOAN,
         Appellant

v.

SLOAN CONSTRUCTION COMPANY; LEON SLOAN, SR.;
SARA SLOAN, jointly and severally

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 2-23-cv-01771)
U.S. District Judge: Honorable Cathy Bissoon

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
December 3, 2024

_____

Before: SHWARTZ, MATEY, and McKEE, <u>Circuit Judges</u>

_____

JUDGMENT

_____

This cause came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on December 3, 2024.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the judgment of the District Court entered on April 10, 2024, is hereby

VACATED and REMANDED.  Costs shall not be taxed in this matter.  All of the above in accordance with the Opinion of this Court.

                                          ATTEST:

                                        s/ Patricia S. Dodszuweit_____
                                        Clerk

Dated: December 5, 2024