UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 25-1063
_____

JANET SLOAN,
Appellant

v.

SLOAN CONSTRUCTION COMPANY; LEON SLOAN, SR.; SARA SLOAN, jointly
and severally

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(District Court No. 2:23-cv-01771)
District Judge: Honorable Cathy Bissoon

_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
September 12, 2025

_____

Before: HARDIMAN, KRAUSE, and CHUNG, <u>Circuit Judges</u>

_____

JUDGMENT

_____

This cause came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted on September 12, 2025, pursuant to Third Circuit L.A.R. 34.1(a).

On consideration whereof, it is now hereby ORDERED AND ADJUDGED by this Court that the order of the District Court entered on January 8, 2025, is hereby VACATED and REMANDED. Costs shall not be taxed.

All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: September 16, 2025